KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HONG XIAO LU, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary of the ) <br> Department of Homeland Security; EDUARDO ) <br> AGUIRRE, Director, U.S. Citizenship and ) <br> Immigration Services; DAVID STILL, San ) <br> Francisco District Director, U.S. Citizenship and ) <br> Immigration Services, ) <br> ) <br> Defendants. ) <br> ) | No. C 05-2864-CRB <br><br> **STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER** |

   Plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a thirty-day extension of time within which the defendants must serve their answer to the complaint in the above-entitled action. The defendants will file their answer on or before October 13, 2005.

STIPULATION TO EXTENSION
C 05-2864 CRB

| | | |
|---|---|---|
| 1 | Date: September 16, 2005 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | /s/<br>EDWARD A. OLSEN[1] |
| 6 | | Assistant United States Attorney<br>Attorneys for Defendants |

Date: September 16, 2005

/s/
JUSTIN X. WANG
Baughman & Wang
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  October 3, 2005

_____
CHARLES R. BREYER
United States District Judge

*APPROVED — Judge Charles R. Breyer*

---

[1] I, Edward A. Olsen, attest that both Attorney Wang and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO EXTENSION
C 05-2864 CRB