JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile:  (415) 576-9929

Attorney for Plaintiff
Hong Xiao LU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hong Xiao LU | ) No.: C 05-2864 CRB |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL** |
| vs. | ) |
| | ) |
| *Michael Chertoff*, Secretary of the | ) |
| Department of Homeland Security; | ) |
| *Eduardo Aguirre*, Director, | ) |
| U.S. Citizenship and Immigration Services; | ) |
| *David Still*, San Francisco District Director, U.S. | ) |
| Citizenship and Immigration Services | ) |
| | ) |
| Defendants. | ) |
| | ) |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily

dismisses the above-captioned action without prejudice.

Dated: October 12 , 2005

October 24, 2005

APPROVED

Judge Charles R. Breyer

Justin Wang, Esq.
Attorney for Plaintiff

Case No.: C 05-01595 JF
NOTICE OF VOLUNTARY DISMISSAL